IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 06 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17cr 71 DPJ-FKB

LOLITA FLOWERS  18 U.S.C. § 1709

**The Grand Jury charges:**

COUNT 1

On or about January 18, 2017, in Warren County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **LOLITA FLOWERS**, being an employee of the United States Postal Service, did wrongfully remove and embezzle one letter containing one hundred fifty dollars in United States currency which had been entrusted to her and which had come into her possession intended to be conveyed by mail, in violation of Section 1709, Title 18, United States Code.

COUNT 2

On or about January 18, 2017, in Warren County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **LOLITA FLOWERS**, being an employee of the United States Postal Service, did wrongfully remove and embezzle one letter containing

eighty dollars in United States currency which had been entrusted to her and which had come into her possession intended to be conveyed by mail, in violation of Section 1709, Title 18, United States Code.

_____
HAROLD BRITTAIN
Acting United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the __6th__ day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE